**THE HALL LAW GROUP, APC**
Corey A. Hall (SBN: 295470)
Corey@HallTrialAttorney.com
523 North Fairview Street
Santa Ana, California 92703
Tel: (949) 203-1682
Fax: (949) 271-5649

Attorneys for Plaintiff BICKKIE SOLOMON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BICKKIE SOLOMON,<br><br>        Plaintiff,<br>  vs.<br><br>PREMIER HEALTHCARE SOLUTIONS, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No.: 8:23-cv-00003<br><br>*Assigned for all purposes to the Honorable David O. Carter*<br><br>**NOTICE OF SETTLEMENT**<br><br>State Action Filed: November 17, 2022<br>Trial Date: November 7, 2023 |

      COMES NOW Plaintiff BICKKIE SOLOMON, (hereafter "Plaintiff"), by and through her respective counsel, hereby submits this Notice of Settlement. The Parties reached a settlement of all of Plaintiff's claims on August 22, 2023, and have agreed to resolve all of Plaintiff's claims against Defendant. The terms of the agreement are confidential. Plaintiff anticipates filing a Dismissal within 45 days.

///

///

---

-1-

**NOTICE OF SETTLEMENT**

-2-

1  DATED: August 23, 2023                THE HALL LAW GROUP, APC

                                         By: _____
                                             Corey A. Hall, Esq.
                                             Attorneys for Plaintiff,
                                             BICKKIE SOLOMON

# PROOF OF SERVICE

I am employed in the county of Orange, State of California at **The Hall Law Group, APC**. I am over the age of 18 and not a party to the within action; my business address is 523 N. Fairview Street, Santa Ana, California 92703.

On August 23, 2023, I served the foregoing document described as **NOTICE OF SETTLEMENT** on the interested parties in this action as follows:

>Vince M. Verde
>Mark F. Lovell
>Omar F. Hassan
>**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
>Park Tower, Fifteenth Floor
>695 Town Center Drive
>Costa Mesa, CA 92626
>T: (714) 800 – 7900
>F: (714) 754 – 1298
>E-mail: vince.verde@ogletree.com, mark.lovell@ogletree.com, omar.hassan@ogletree.com
>Attorneys for Defendant PREMIER HEALTHCARE SOLUTIONS, INC

☒☒ **BY EMAIL TRANSMISSION**: I caused the aforementioned document(s) to be served via electronic mail to the electronic addressee(s) listed on the attached mailing list. Such document was transmitted successfully from my e-mail address to the indicated addressee(s).

☒☒ **BY CM/ECF SYSTEM**: I hereby certify that I have, on August 23, 2023, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in the case.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 23, 2023, at Santa Ana, California.

*/s/ Ashley S. Ramirez*

Ashley Ramirez, Declarant